# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2022-0318, <u>Debra Leahy & a. v. Sally Teague & a.</u>, the court on February 10, 2023, issued the following order:**

The court has reviewed the written arguments and the record submitted on appeal, and has determined to resolve the case by way of this order.  <u>See</u> <u>Sup. Ct. R.</u> 20(2).  Plaintiff Debra Leahy appeals an order of the Superior Court (<u>Honigberg</u>, J.) denying her motion for an order directing the defendants, officials from the Town of Unity, to comply with her request submitted under the Right-to-Know Law and for an award of attorney's fees and costs.  We affirm.

On appeal, Leahy challenges the trial court's factual findings.  We defer to the trial court's findings of fact if they are supported by the evidence and are not erroneous as a matter of law.  <u>Town of Lincoln v. Chenard</u>, 174 N.H. 762, 765 (2022).  Based upon our review of the record submitted on appeal, we conclude that the trial court's factual findings are supported by the evidence and are not erroneous as a matter of law.  We, therefore, uphold its decision.

<u>Affirmed</u>.

MacDonald, C.J., and Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

**Timothy A. Gudas,**
**Clerk**